IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 10-cr-00510-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.     DONALD CURTIS DENNEY,
       a/k/a Donald Craig Denny,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition

**(#19)** on November 2, 2010, by Defendant.  The Court construes this Notice as a motion to

change his/her plea and to have the Court consider the terms of the parties' plea agreement.

     **IT IS THEREFORE ORDERED** that:

1.     Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled

     pending determination of those matters.

2.     A Change of Plea hearing is set for **December 13, 2010,** at **1:30 p.m.** in the

     United States District Court for the District of Colorado, Courtroom A901, Alfred

     A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.[1]

3.     The final trial preparation conference set for November 23, 2010, and the

---

[1]  In criminal cases originating from the Grand Junction or Durango Jury Divisions of this Court, counsel shall be prepared to advise the Court at the time of the change of plea hearing whether a written request to have the sentencing hearing conducted at the courthouse in either  Grand Junction or Durango will be filed. *See Administrative Order 2007-8.*

November 29, 2010, trial date are **VACATED**.

Dated this 8th day of November, 2010.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge